JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
EDDIE RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Case No.  1: 03 CR 05165 OWW |
|        Plaintiff,                                         ) | APPLICATION FOR ORDER EXONERATING |
|                                                                ) | BOND AND FOR RECONVEYANCE OF |
|        v.                                                    ) | REAL PROPERTY AND ORDER THEREON |
| EDDIE RODRIGUEZ,                            ) | |
|        Defendant.                                     ) | HONORABLE OLIVER W. WANGER |

    Defendant, EDDIE RODRIGUEZ, by and through his counsel, John F. Garland, hereby moves the Court for an order exonerating the bond and for reconveyance of the real property in the above captioned case.

    On April 8, 2003 defendant EDDIE RODRIGUEZ was arrested pursuant to a Warrant of Arrest issued by this Court for charges in the above captioned case. On May 2, 2003 United States Magistrate Judge Sandra M. Snyder ordered the release of Mr. Rodriguez, setting conditions of pretrial supervision, and a $40,000 property bond. On May 23, 2003 a Straight Note (Secured By Deed Of Trust) in the amount of $40,000, and a Deed of Trust were delivered to the Clerk of the Court by Edmundo Rodriguez and Concepcion Rodriguez. On May 23, 2003 EDDIE RODRIGUEZ was  released from custody.

    On February 22, 2005  EDDIE RODRIGUEZ appeared before this Court and entered a pleas of guilty to Count 12 of the Superseding Indictment. On May 2, 2005 this Court sentenced EDDIE RODRIGUEZ to a term of 51 months imprisonment and ordered EDDIE  RODRIGUEZ

to surrender to the federal institution designated by the United States Bureau of Prisons on or before 2:00 p.m. on June 27, 2005.

On June 27, 2005 EDDIE RODRIGUEZ surrendered to the Federal Correctional Institution at Lompoc, California to begin service of the 51 month sentence imposed by this Court. EDDIE RODRIGUEZ, having surrendered to the designated federal institution as ordered, hereby requests the Court exonerate the bond set by the Magistrate Judge and order the Clerk of the Court to reconvey title to the real property securing the property bond. Assistant United States Attorney Kathleen A. Servatius does not oppose this application

Dated: September 29, 2006                                  Respectfully submitted,

   /s/ John F. Garland
     John F. Garland
   Attorney for defendant
    EDDIE RODRIGUEZ

### ORDER

IT IS HEREBY ORDERED that the property bond posted by Edmundo Rodriguez and Concepcion Rodriguez, secured by the real property located in Porterville, California, is exonerated and the Clerk of the Court is directed to reconvey title to said real property to Edmundo Rodriguez and Concepcion Rodriguez.

IT IS SO ORDERED.

**Dated:   October 3, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE